PROB 12C
(6/16)

Report Date: September 1, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 01, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Juvenal Herrera-Mata | Case Number: 0980 2:20CR00023-WFN-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, Moses Lake, Washington | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 20, 2021

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1),(b)(1)(A)(viii) | |
| Original Sentence: | Prison - 30 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: November 30, 2021 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 30, 2026 |

## PETITIONING THE COURT

To issue a warrant.

Upon completion of his custodial sentence, Mr. Herrera-Mata was deported to Mexico on November 30, 2021. As such, the probation officer was unable to review the conditions of supervision with the offender.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #1**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designate. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 1 by returning to the United States without advance legal permission from the United States Attorney General or his designate.<br><br>On November 30, 2021, Mr. Herrera-Mata was deported from the United States to Mexico.<br><br>According to traffic citation number 3A0378578 submitted by the Grant County Sheriff Office, on or about August 24, 2023, law enforcement officers made contact with the offender for a traffic infraction. Mr. Herrera-Mata was cited for speeding and operating a motor vehicle without insurance. |

Prob12C
Re: Herrera-Mata, Juvenal
September 1, 2023
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 1, 2023

s/Mark E. Hedge

Mark E Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*[signature]*

Signature of Judicial Officer

9/1/2023

Date